7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dwight W Davis and Jo Ann Davis
*Debtor*

*Bankruptcy Case No.*
14−44064−can7

**United States of America**
    Plaintiff(s)

*Adversary Case No.*
15−04021−can

v.

**Dwight W Davis**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Debtor−Defendant shall remit at least $750.00 per month to Social Security Administration (SSA) until the debt to SSA of $45,000.00 is satisfied in full. Any payment due by Debtor−Defendant shall be received by SSA by the first day of every month with the first payment due on August 1, 2015. Any failure by Debtor−Defendant to remit at least $750.00 per month to SSA under the terms of the Stipulation shall result in Debtor−Defendants default of the Stipulation. FURTHER AGREEMENTS AS SET FORTH IN ORDER APPROVING STIPULATION.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 7/29/15

Court to serve